

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00513-CV

| | | |
|---|---|---|
| JADE TRAN, Appellant | § | On Appeal from County Court at Law No. 2 |
| v. | § | of Denton County (CV-2024-03699-JP) |
| | § | May 29, 2025 |
| 2600 VENTURES LLC, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the trial court's judgment should be vacated and that the appeal should be dismissed. It is ordered that the trial court's judgment is vacated and that the appeal is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
　　Justice Dana Womack